No. 5,343.—CHAS. O. RAY ET AL., APPELLANTS, *v.* LEONARD B. DIVERS ET AL., RESPONDENTS.

*Appeal from Judith Basin County; John C. Huntoon, Judge.*

Decided September 10, 1923.

PER CURIAM.—Upon motion of the appellants the appeal in the above-entitled cause is dismissed.

*Messrs. Cheadle & Cheadle,* for Appellants.

*Mr. Wm. M. Blackford,* for Respondents.

---

No. 5,384.—STATE EX REL. FRANK C. HAMILL, RELATOR, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original application for Writ of Review directed to the District Court of Silver Bow County and one of its Judges.

Decided September 13, 1923.

PER CURIAM.—The relator's petition for writ of review is, after due consideration by the court, denied.

*Messrs. McCaffery & Sullivan,* for Relator.